

# NUMBER 13-24-00226-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF D.L.V.G., A CHILD

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Peña**

Appellant filed a notice of appeal on May 2, 2024. On May 6, 2024, the Clerk of the Court notified appellant that the notice of appeal was defective and did not comply with Texas Rules of Appellate Procedure 9.1(b), 9.5, and 25.1. *See* TEX. R. APP. P. 9.1(b), 9.5, and 25.1(d).  On May 30, 2024, that notice was returned to the Court and marked "return to sender," "unclaimed," and "unable to forward." On May 23, 2024, the Clerk of this Court notified appellant that a filing fee was past due. On June 28, 2024, that notice was returned to the Court and marked "return to sender," "unclaimed," and "unable to forward."

Finally, on June 3, 2024, the Clerk of the Court again sent appellant notice of the defective notice of appeal. On July 19, 2024, the notice was returned to the Court and marked "return to sender," "unclaimed," and "unable to forward."

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, fax number, if any, and email address." *See id.* R. 9.1(b). The clerk's office does not have a telephone number for Appellant, and the district clerk did not have any additional contact information for the appellant.

Furthermore, Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *See id.* R. 42.3(b), (c). Accordingly, we dismiss the appeal for want of prosecution. *See id.* R. 42.3.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
1st day of August, 2024.